U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP - 6 2016

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| JACOBY JAVAN FOSTER | * | CIVIL ACTION NO. 14-3279<br>Section P |
| VERSUS | * | JUDGE DONALD E. WALTER |
| D. GARDNER, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the stay is LIFTED.

IT IS FURTHER ORDERED that plaintiff's complaint is hereby DISMISSED, with prejudice. Fed.R.Civ.P. 41(b).

In Chambers, at Shreveport, Louisiana, this 3 day of Sept 2016.

Donald E. Walter
UNITED STATES DISTRICT JUDGE